# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00337-CV

**Inteleos Corporation, Joan Baker, and Tricia Turner, Appellants**

**v.**

**Ultrasafe Ultrasound Diagnostic Services, LLC and Joanna Hall, Appellees**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-006452, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### <u>MEMORANDUM OPINION</u>

Appellants Inteleos Corporation, Joan Baker, and Tricia Turner have filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Edward Smith, Justice

Before Justices Baker, Triana, and Smith

Dismissed on Appellants' Motion

Filed: July 20, 2023